﻿Citation Nr: AXXXXXXXX
Decision Date: 03/14/19 Archive Date: 03/14/19

DOCKET NO. 181130-1711
DATE: March 14, 2019

REMANDED

Entitlement to service connection for bilateral lung disability is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Navy from February 1985 to April 1985 and from February 1987 to February 1993. This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a September 2018 rating decision.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Board is honoring the Veteran’s choice to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. 

1. Entitlement to service connection for bilateral lung disability is remanded.

The issue of entitlement to bilateral lung disability is remanded to correct a duty to assist error that occurred prior to the September 2018 rating decision on appeal. The Agency of Original Jurisdiction (AOJ) obtained a March 2017 medical opinion prior to the September 2018 rating decision on appeal. However, this medical opinion does not provide an adequate rationale regarding whether the Veteran’s bilateral lung disability had its onset in service or is otherwise related to service. 

The matter is REMANDED for the following action:

1. Obtain an addendum opinion from an appropriate clinician regarding whether the Veteran’s bilateral lung disability is at least as likely as not related to in-service exposure to extreme heat, asbestos, boiler soot, and chemicals for water treatment (hydrazine, morpholine, caustic soda, amines, sulfites, trisodium phosphate, disodium phosphate, and bromine).

 

M. H. HAWLEY

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD W. Ripplinger, Associate Counsel